# Exhibit A

Cashier's Check - Customer Copy

No. 1587906840

Void After 90 Days   30-1/1140

NTX

Date 04/28/16 11:11:42 AM

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

STOUGHTON

0003      0088235      0094

Pay

**BANK OF AMERICA** 2— NINE SIX SEVEN 94 TWO CTS CTS

***$2,967.94**

To The
Order Of   DITECH FINANCIAL LLC

ACCT - 822314183 FOR MAY 2016

Not-Negotiable

Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

Cashier's Check - Customer Copy

No. 1587907052

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days        30-1/1140

Date 06/02/16 12:34:55 PM

STOUGHTON

NTX

0004      0088235      0121

00-53-3364B  11-2010

Pay

BANK OF AMERICA

TWO NINE SIX SEVEN 94 CTSCTS

***$2,967.94

To The
Order Of

DITECH FINANCIAL LLC

ACCOUNT NUMBER: 822314183

Not-Negotiable

Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

## Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1587907262

STOUGHTON

Void After 90 Days          30-1/1140

Date 07/01/16 12:40:22 PM

0007      0088235      0122

NTX

00-53-3364B   11-2010

Pay      BANK OF AMERICA   NINE SIX SEVEN   TWO   94 CTSCTS

***$2,967.94

To The
Order Of   DITECH FINANCIAL LLC

Not-Negotiable

ACCOUNT NUMBER: 822314183

Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

Cashier's Check - Customer Copy

**Notice to Purchaser** - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1587907545

Void After 90 Days          30-1/1140          Date 08/11/16 01:51:01 PM

NTX

STOUGHTON

0006     0088235     0128

Pay

BANK OF AMERICA TWO NINE SIX SEVEN 94 CTSCTS

***$2,967.94

To The
Order Of   BANK OF AMERICA

LOAN NO. 13211443

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1587907790

STOUGHTON

0006    0088235    0141

Void After 90 Days         30-1/1140              Date 09/19/16 09:52:04 AM
                                    NTX

Pay        BANK OF AMERICA   TWO NINE SIX SEVEN 94 CTSCTS

To The
Order Of    BANK OF AMERICA
            LOAN NO. 13211443

***$2,967.94

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

## Cashier's Check - Customer Copy

No. 1587907822

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days        30-1/1140

NTX

Date 09/23/16 10:12:32 AM

STOUGHTON
0001      0088235      0034

Pay

BANK OF AMERICA   TWO NINE SIX SEVEN 94 CTSCTS

***$2,967.94

To The
Order Of      BANK OF AMERICA
LOAN NO. 13211443

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

Cashier's Check - Customer Copy

No. 1587908142

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days          30-1/1140
                                NTX

Date 11/14/16 10:22:57 AM

STOUGHTON
0006        0088235        0060

Pay

 BANK OF AMERICA  TWO NINE SIX SEVEN 94 CTSCTS

***$2,967.94

To The
Order Of   BANK OF AMERICA
           LOAN #13211443 - NOV 2016

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

No. 1587908179

Void After 90 Days        30-1/1140

Date 11/21/16 09:11:05 AM

NTX

STOUGHTON

0003        0088235        0008

Pay  ***$2,967.94

To The
Order Of    BANK OF AMERICA

LOAN NO. 13211443 ( REPLACEMENT CHECK )

Not-Negotiable

Remitter (Purchased By):   KEITH C LEZAMA

Customer Copy
Retain for your Records

Bank of America, N.A.
SAN ANTONIO, TX

001641005388

00-53-3364B  11-2010

## Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1587908391

Void After 90 Days       30-1/1140

NTX

Date 12/22/16 11:11:34 AM

STOUGHTON

0004     0088235     0107

Pay

BANK OF AMERICA   TWO   NINE   SIX   SEVEN   94 CTSCTS

To The
Order Of      BANK OF AMERICA

MEMO: LOAN NO. 13211443

Remitter (Purchased By):   KEITH C LEZAMA

Bank of America, N.A.
SAN ANTONIO, TX

***$2,967.94

Not-Negotiable
Customer Copy
Retain for your Records

001641005388

00-53-3364B   11-2010

Cashier's Check - Customer Copy

No. 1587908593

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days        30-1/1140

NTX

Date 01/26/17 11:28:37 AM

STOUGHTON

0003      0088235      0075

00-53-3364B  11-2010

Pay

To The
Order Of

BANK OF AMERICA MORTGAGE

LOAN NO. 13211443

***$2,967.94

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

Cashier's Check - Customer Copy   No. 1587908751

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days   30-1/1140   Date 02/23/17 10:15:42 AM

NTX

STOUGHTON

0001   0088235   0042

Pay   BANK OF AMERICA   2   NINE SIX SEVEN   94
TWO   CTSCTS

**Two Thousand Nine Hundred Sixty Seven and 94/100 Dollars**

**$2,967.94**

To The
Order Of   BANK OF AMERICA

LOAN NUMBER 13211443

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

## Cashier's Check - Customer Copy

No. 1587908961

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days        30-1/1140        Date 03/23/17 09:28:54 AM
NTX

STOUGHTON
0003     0088235     0015

Pay
**Two Thousand Nine Hundred Sixty Seven and 06/100 Dollars**

BANK OF AMERICA

**$2,967.06**

To The
Order Of     BANK OF AMERICA MORTGAGE
LOAN NO. 13211443

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or
stolen, a sworn statement and 90-day waiting period will be required
prior to replacement. This check should be negotiated within 90 days.

No. 1587909168

Void After 90 Days          30-1/1140          Date 04/20/17 03:14:51 PM

NTX

STOUGHTON

0003      0088235      0178

Pay

**BANK OF AMERICA**

NINE SIX SEVEN
TWO      94
CTSCTS

**$2,967.94**

**Two Thousand Nine Hundred Sixty Seven and 94/100 Dollars**

To The
Order Of      BANK OF AMERICA MORTGAGE

- LOAN NO. 13211443

Remitter (Purchased By):   KEITH C LEZAMA

Bank of America, N.A.
SAN ANTONIO, TX

Not-Negotiable
Customer Copy
Retain for your Records

001641005388

00-53-3364B   11-2010

## Cashier's Check - Customer Copy

No. 1587909413

Void After 90 Days          30-1/1140

NTX

Date 05/16/17 10:50:42 AM

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

STOUGHTON
0003     0088235     0100

Pay

BANK OF AMERICA

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

**$3,785.39**

To The
Order Of   BANK OF AMERICA MORTGAGE

LOAN NO. 13211443

Not-Negotiable

Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

## Cashier's Check - Customer Copy

No. 1587909716

Void After 90 Days          30-1/1140

NTX

Date 06/23/17 11:44:01 AM

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

STOUGHTON
0005      0088235      0096

Pay

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

**BANK OF AMERICA**

**$3,785.39**

To The
Order Of      BANK OF AMERICA -1443

LOAN NO.13211443

Not-Negotiable

Customer Copy

Retain for your Records

Remitter (Purchased By):  KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

## Cashier's Check - Customer Copy

No. 1587909959

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days          30-1/1140          Date 07/21/17 10:41:00 AM
NTX

STOUGHTON
0004      0088235      0075

Pay

**BANK OF AMERICA**

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

**$3,785.39**

To The Order Of    BANK OF AMERICA MORTGAGE
LOAN NO. 13211443

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):    KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1587910280

Void After 90 Days        30-1/1140        Date 08/24/17 10:33:11 AM

NTX

STOUGHTON

0001     0088235     0094

Pay

BANK OF AMERICA

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

To The
Order Of    SELECT PORTFOLIO SERVICING, INC

ACC 0020918058

**$3,785.39**

Not-Negotiable
Customer Copy
Retain for your Records

001641005388

Remitter (Purchased By):   KEITH C LEZAMA

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

**Cashier's Check - Customer Copy**

No. 1587910517

Void After 90 Days    30-1/1140    Date 09/22/17 02:10:39 PM
NTX

STOUGHTON
0004    0088235    0108

Pay

**BANK OF AMERICA**    SEVEN    THREE    EIGHT FIVE    CTSCTS

**$3,785.39**

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

To The
Order Of    SELECT PORTFOLIO SERVICING, INC.

ACCOUNT #: 0020918058

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1587910801

Void After 90 Days     30-1/1140     Date 10/26/17 09:40:39 AM
NTX

STOUGHTON
0005    0088235     0034

Pay         BANK OF AMERICA

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

To The Order Of    SELECT PORTOFOLIO SERVICING ,INC.

     ACC NR 0020918058

**$3,785.39**

Remitter (Purchased By):   KEITH C LEZAMA

Not-Negotiable
Customer Copy
Retain for your Records

Bank of America, N.A.
SAN ANTONIO, TX

001641005388

00-53-3364B 11-2010

Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1422204270

WEST NEWTON
0004      0080652      0032

Void After 90 Days       30-1/1140
                                    NTX

Date 12/08/17 12:20:56 PM

Pay
**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

BANK OF AMERICA

**$3,785.39**

To The
Order Of      SELECT PORTFOLIO SERVICING INC
                    CASE#1611473-MSH

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   GREER L LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-336dB   11-2010

Cashier's Check - Customer Copy

No. 1587911438

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days      30-1/1140      Date 01/05/18 10:49:58 AM
                        NTX

STOUGHTON
0004    0088235    0032

Pay

**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

BANK OF AMERICA

**$3,785.39**

To The
Order Of    SELECT PORTFOLIO SERVICING

MEMO:CHAPTER 13 CASE # 1611473MSH

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   GREER L LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

Cashier's Check - Customer Copy

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

No. 1422204414

Void After 90 Days          30-1/1140

Date 02/02/18 11:26:38 AM

NTX

WEST NEWTON
0004      0080652      0049

Pay
**Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

BANK OF AMERICA

**$3,785.39**

To The
Order Of    SELECT PORTFOLIO SERVICING,INC
            CASE#16-11473-MSH

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   GREER L LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

Cashier's Check - Customer Copy

No. 1426209630

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days          30-1/1140
                               NTX

Date 03/06/18 05:54:20 PM

SOUTH SHORE PLAZA
0003     0080969     0034

Pay

BANK OF AMERICA  **Three Thousand Seven Hundred Eighty Five and 39/100 Dollars**

**$3,785.39**

To The
Order Of     SELECT PORTFOLIO SERVICING, INC

             CHAPTER 13 CASE #16-11473-MSH

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

00-53-3364B   11-2010

Notice to Purchaser - In the event that this check is lost, misplaced or
stolen, a sworn statement and 90-day waiting period will be required
prior to replacement. This check should be negotiated within 90 days.

## Cashier's Check - Customer Copy

Void After 90 Days          30-1/1140

NTX

No. 1587912525

Date 05/25/18 10:11:50 AM

STOUGHTON

0006      0088235      0026

**BANK OF AMERICA**

Pay
**Three Thousand Eight Hundred Fifty Six and 71/100 Dollars**
To The
Order Of      SELECT PORTFOLIO SERVICING, INC.

**$3,856.71**

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   GREER L LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B  11-2010

Cashier's Check - Customer Copy

No. 1587912746

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days          30-1/1140
NTX

Date 06/25/18 11:42:18 AM

STOUGHTON
0004      0088235      0301

Pay

BANK OF AMERICA   THREE EIGHT FIVE SIX  CTS CTS

**Three Thousand Eight Hundred Fifty Six and 71/100 Dollars**

**$3,856.71**

To The
Order Of      SELECT PORTFOLIO SERVICING, INC
         MEMO: 16-11473-MSH

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-3364B   11-2010

Cashier's Check - Customer Copy

No. 1587913088

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days        30-1/1140

Date 08/03/18 04:38:02 PM

STOUGHTON

NTX

0001   0088235   0294

Pay

BANK OF AMERICA

**$3,856.71**

**Three Thousand Eight Hundred Fifty Six and 71/100 Dollars**

To The Order Of   SELECT PORTFOLIO SERVICING, INC.

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):   KEITH C LEZAMA

001641005388

Bank of America, N.A.
SAN ANTONIO, TX

00-53-33648  11-2010