## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

IN RE
    KEITH LEZAMA                              Chapter 13
        Debtor                                   Case No. 16-11473

### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

    The Debtor hereby moves the Court for entry of discharge. The required affidavit accompanies this Motion.

                                              Respectfully submitted,

                                              KEITH LEZAMA,
                                              By his attorney,

                                              */s/ Nicholas F. Ortiz*

                                              Nicholas F. Ortiz, BBO #655135
                                              Law Office of Nicholas F. Ortiz, P.C.
                                              50 Congress Street, Suite 540
                                              Boston, MA 02109
                                              (617) 338-9400
                                              (617) 507-3456 (fax)
                                              nfo@mass-legal.com

Dated: July 6, 2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE
KEITH LEZAMA
Debtor

Chapter 13
Case No. 16-11473

**AFFIDAVIT IN SUPPORT OF MOTION FOR
ENTRY OF CHAPTER 13 DISCHARGE**

In support of the Motion for Entry of Chapter 13 Discharge, I, Keith Lezama, hereby certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

   a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and
   b. any domestic support obligations that arose after the filing of the petition.

2. I have completed a financial management course pursuant to 11 U.S.C. § 1328(g)(1) and filed a certification of completion with the Court.

3. I have:

   a. not claimed a homestead exemption in excess of the applicable cap described in 11 U.S.C. § 522(q)(1), or
   b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

_/s/ Keith Lezama_    Dated: 07-01-2021
KEITH LEZAMA

Address: 652 Plain Street, Stoughton, MA 02072

Telephone Number: (781) 308-2646